IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AUGUSTINA PRYCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:25-CV-3366-G-BN |
| AIDS HEALTHCARE FOUNDATION, | ) |
| | ) |
| Defendant. | ) |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The court therefore **DENIES** the plaintiff Augustina Pryce leave to proceed *in forma pauperis* and **ORDERS** that she pay the $405 filing fee within **21 days** of this order. If she does not, the court will dismiss this action without prejudice under Federal Rule of Civil Procedure 41(b) without further notice.

**SO ORDERED**.

March 9, 2026.

_____
A. JOE FISH
**Senior United States District Judge**